UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

460 EL PATIO DELI GROCERY CORP.,

                Plaintiff,

         v.

UNITED STATES OF AMERICA and
UNITED STATES DEPARTMENT OF
AGRICULTURE,

                Defendants.

No. 25-CV-7254 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. Plaintiff has brought this action against the United States and the United States Department of Agriculture, challenging the Department's disqualification of Plaintiff from the Food Stamps Program and seeking a stay of disqualification pending resolution of this action. It is hereby:

    ORDERED that, within one week, the parties shall submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

1. Proposed dates for an initial status conference with the Court, which will take place telephonically unless the parties request otherwise;

2. A brief description of the nature of the action and the principal defenses thereto;

3. A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

4. A brief description of all contemplated and/or outstanding motions;

5. A brief description of the parties' positions and arguments with respect to Plaintiff's motion to stay its disqualification from the Food Stamps Program pending resolution of this case, as well as a proposed briefing schedule, if necessary;

6. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

7. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

8. The estimated length of trial; and

9. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that, within one week, the parties shall jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at https://nysd.uscourts.gov/hon-ronnie-abrams. The status letter and the proposed case management plan should be filed electronically, consistent with the Court's Electronic Case Filing (ECF) Rules & Instructions, which are available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated:   September 5, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge