# Law Office of Victor J. Molina

930 Grand Concourse, Suite 1A                                           Tel. (718) 401-1600
Bronx, New York 10451                                                    Fax (718) 401-1611
ADMITTED IN N.Y. & N.J; Fed. Courts                    e-mail: v.j.molina@verizon.net

## Benjamin Sharav

                                                                              Tel. (917) 392-9887
ADMITTED IN N.Y.; Fed. Courts                              e-mail: Juris_ben@msn.com

September 9, 2025

Hon. Ronnie Abrams, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**VIA ECF**

    Re:    460 EL PATIO DELI GROCERY CORP. v. UNITED STATES, USDA
           Case No. 1:25-CV-7254 (RA)
           **Letter Motion to Adjourn**

Dear Hon. Judge Abrams,

   I am co-counsel for Plaintiff 460 EL PATIO DELI GROCERY CORP. We are in discussions with the United States Attorney's office, counsel for Defendants about resolving and settling this case. I am writing on behalf of all parties to request an adjournment of the deadline for a Joint Letter regarding the parties' positions on the issues in the suit and the scheduling of an initial status conference.

   Defendant USDA. has agreed to stay the disqualification of Plaintiff from the Food Stamp program, pending resolution. Plaintiff has offered to pay a civil monetary penalty in lieu of disqualification and opposing counsel is in contact with USDA regarding the amount of the penalty and any other conditions that the agency may require for such offer to be accepted. The parties expect to be able to file a settlement and discontinuance within 45 days, eliminating any need for arguing the issues of the case before the court.

   With respect to the Court's request for an explanation of why jurisdiction and venue lie in this Court: Plaintiff is a New York Corporation located and operating in the

Bronx and has brought suit against the United States and the U.S Department of Agriculture for a government action adverse to the Plaintiff,

.

        Respectfully,

_____
Benjamin Sharav
Victor J. Molina

**Cc:**
Leslie A. Ramirez Fischer, Esq.
United States Attorney's Office
Southern District of New York
86 Chambers Street, Third Floor
New York, New York 10007

Application granted. The parties' deadline to file the joint letter, or a status letter updating the Court as to the status of settlement discussions, is hereby adjourned to October 24, 2025.

SO ORDERED.

_____
Hon. Ronnie Abrams
September 11, 2025